

FILED

APR 1 0 2002

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL COHEN, et al.,

               Plaintiffs,                     No. CIV S-01-1587 EJG JFM PS

    vs.

KATHLEEN CONNELL, Controller of the
State of California,

               Defendant.                  FINDINGS AND RECOMMENDATIONS

_____/

       Pending before the court is defendant's motion to dismiss. Upon review of the motion and the documents in support and opposition, and good cause appearing therefor, THE COURT MAKES THE FOLLOWING FINDINGS:

       In this action, plaintiffs seek to enjoin the Controller of the State of California from assessing and collecting state estate taxes. Plaintiffs assert that such an assessment violates state law. Defendant moves to dismiss, contending that this federal action is barred under the Eleventh Amendment. Defendant is correct.

       Plaintiffs contend that because they have named the State Controller in her official capacity, the Eleventh Amendment is inapplicable. Because of the nature of the injunctive relief requested, however, state policies and procedures are at stake. As such, this action cannot lie in federal court absent a waiver of Eleventh Amendment immunity by the State of California.

See Idaho v. Coueur d'Alene Tribe of Idaho, 521 U.S. 261 (1997); see also Pennhurst State School and Hospital v. Halderman, 465 U.S. 89 (1984) (federal court lacks jurisdiction of suit for injunctive relief against state officials on the basis of state law).

In accordance with the above, IT IS HEREBY RECOMMENDED that:

1. Defendant's motion to dismiss be granted; and

2. This action be dismissed.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(1). Within ten (10) days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any reply to the objections shall be served and filed within ten (10) days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: April 5, 2002.

_____
UNITED STATES MAGISTRATE JUDGE

006
cohen.57

2

United States District Court
for the
Eastern District of California
April 10, 2002

* * CERTIFICATE OF SERVICE * *

2:01-cv-01587

Cohen

v.

Connell

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on  April 10, 2002, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

Michael Cohen
PO Box 2715
Granite Bay, CA   95746

CF/EJG

CF/JFM

Jonathan Cohen
PO Box 2715
Granite Bay, CA   95746

Richard John Chivaro
P O Box 942850
300 Capitol Mall
Suite 300
Sacramento, CA   94250-5872

Jack L. Wagner, Clerk

BY: _____
Deputy Clerk