**FILED**

AUG 8 2 2003

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL COHEN, et al.,

        Plaintiffs,               No. CIV S-01-1587 EJG JFM PS

      vs.

KATHLEEN CONNELL, Controller,
of the State of California,

        Defendants.         FINDINGS & RECOMMENDATIONS

_____/

        By order filed July 18, 2003, plaintiff Jonathan Cohen was ordered to show cause, within fifteen days, why he should not be dismissed from this action. The fifteen day period has now expired, and plaintiff Cohen has not shown cause or otherwise responded to the court's order.

        IT IS HEREBY RECOMMENDED that plaintiff Jonathan Cohen be dismissed from this action without prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1). Within ten days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the

specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: August 2 1, 2003.

_____
UNITED STATES MAGISTRATE JUDGE

/001; cohen1587.fsc

United States District Court
for the
Eastern District of California
August 22, 2003

* * CERTIFICATE OF SERVICE * *

2:01-cv-01587

Cohen

v.

Connell

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on  August 22, 2003, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

Michael Cohen
PO Box 2715
Granite Bay, CA   95746

Jonathan Cohen
PO Box 2715
Granite Bay, CA   95746

Richard John Chivaro
Office of The State Controller
300 Capitol Mall
Suite 1850
Sacramento, CA   95814

Carol Lynne Leach
Office of The State Controller
300 Capitol Mall
Suite 1850
Sacramento, CA   95814

CL/EJG

CF/JFM

Jack L. Wagner, Clerk

by: Deputy Clerk